1  Paul B. Justi (SBN124727)
   LAW OFFICES OF PAUL B. JUSTI
2  1981 North Broadway, Suite 250
   Walnut Creek, CA 94596
3  T: 925.256.7900
   F: 925.256.9204
4  pbjusti@comcast.net
5
   Attorneys for Plaintiff
6  Kennethan Baird
7
8              UNITED STATES DISTRICT COURT
9        NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO

10 | KENNETHAN BAIRD,                | CASE NO. C 14-cv-02018
11 |         Plaintiff,              | STIPULATION AND [PROPOSED]
12 | v.                              | ORDER RE: DISMISSAL
13 | NATIONAL RAILROAD PASSENGER
14 | CORPORATION ET AL.
15 |         Defendants.

16
17 THE PARTIES HERETO, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF
18 RECORD, HEREBY STIPULATE AS FOLLOWS:
19     Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Kennethan Baird
20 stipulate and request that the above-captioned action, with regards to his claims alleged in the
21 Complaint, filed with the Alameda Superior Court on March 24, 2014 (Case No. RG14718552)
22 and removed to this Court on May 1, 2014, against Defendant National Railroad Passenger
23 Corporation, dba Amtrak, Keith Nelson, and Don Clark be dismissed with prejudice entirely.
24 Each party shall be responsible for bearing its own costs, expenses, and attorneys' fees incurred
25 in connection with the above-referenced lawsuit.
26 ///
27 ///
28

1   No parties remain in this action.

2

3   Dated: November 10, 2014                    LAW OFFICES OF PAUL B. JUSTI

4

5                                               By   /s/ Paul B. Justi
                                                    Paul B. Justi
6                                                   Attorneys for Plaintiffs

7
    Dated: November 10, 2014                    Morgan, Lewis & Bockius LLP
8

9                                               By   /s/ Katherine Dick
                                                    Katherine Dick
10                                                  Attorneys for Defendant

11

12                                      **ORDER**

13      GOOD CAUSE APPEARING, the present action is hereby dismissed with prejudice,

14   each side to bear their own costs and attorneys' fees.

15

16   Dated: November 12, 2014                   By _____

    [GRANTED — Judge Nathanael M. Cousins — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL**